## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| **1211 NORTH 2190 WEST EQUITY, TJSC, ATTORNEY PRO SE,** | **ORDER AFFIRMING & ADOPTING REPORT & RECOMMENDATION** |
| Plaintiff, | |
| v. | **Case No. 2:14CV929DAK** |
| **VANDYK MORTGAGE CORP., WELLS FARGO HOME MORTGAGE, MORTGAGE ELECTRONIC REGISTRATION SERVICES, INC., GOVERNMENT NATIONAL MORTGAGE ASSOCIATION, JAMES H. WOODALL, DOES I-X,** | **Judge Dale A. Kimball** |
| Defendants. | |

This court referred the above-captioned case to Magistrate Judge Evelyn Furse under 28 U.S.C. § 636(b)(1)(B).  On September 2, 2015, Magistrate Judge Furse issued a Report and Recommendation, recommending that the court grant Defendants' motions to dismiss without prejudice for lack of jurisdiction.  The Report and Recommendation notified the parties that any objections to the Report and Recommendation must be filed within fourteen days of receiving it. The court has not received any objections and the time for doing so has passed.  Although there are indications in the docket that Plaintiff may not be receiving mail from the court, Plaintiff is under an obligation to keep the court apprised of its current address.  Therefore, the court must

proceed assuming that Plaintiff received the Report and Recommendation.

A Magistrate Judge's Report and Recommendation is subject to *de novo* review by this court.  *See* 28 U.S.C. § 636(b)(1)(B); *see also* Fed. R. Civ. P. 72(b).  The court has reviewed the record *de novo* with respect to the present motions.  After conducting a *de novo* review of the record with respect to the pending motions, the court finds no basis for reversing or modifying the Report and Recommendation.  Accordingly, Magistrate Judge Furse's September 2, 2015 Report and Recommendation is hereby affirmed and adopted in its entirety as the Order of this court. Defendants' motions to dismiss [Docket Nos. 6 & 7] are GRANTED without prejudice for lack of jurisdiction as to VanDyk Mortgage Corporation, Wells Fargo Home Mortgage, Mortgage Electronic Registration Services, Inc., Government National Mortgage Association, James H. Woodall, and Does I-X for  the reasons set forth in Magistrate Judge Furse's Report and Recommendation.  Accordingly, the Clerk of Court is directed to close the case.

DATED this 22nd day of September, 2015.

BY THE COURT:


DALE A. KIMBALL
United States District Judge

2